

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

04 OCT 20 PM 3:58

FOUNDATION FOR "A COURSE IN )
MIRACLES," INC. and FOUNDATION )
FOR INNER PEACE, INC., )
)
        Plaintiffs, )  CIVIL ACTION NO. 3:00-CIV-195-S
)
v. )
)
COURSE IN MIRACLES SOCIETY, )
)
        Defendant. )
)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs Foundation for *A Course in Miracles,* Inc. and Foundation for Inner Peace, Inc., and defendant Course in Miracles Society, Inc., through the undersigned counsel, hereby stipulate that the above-captioned action, and all claims and counterclaim that were asserted therein, however designated, shall be and the same hereby are dismissed with prejudice, with each party to bear its own costs and fees, and the parties waving all rights of appeal.

        Respectfully submitted,

FOUNDATION FOR *A COURSE IN MIRACLES, INC.* and FOUNDATION FOR INNER PEACE, INC.,

By their attorneys,

*/s/ Michelle D. Wyrick*

WYATT TARRANT & COMBS, LLP
Citizens Plaza
Louisville, KY 40202-2898
(502) 589-5235
K. Gregory Haynes, Esq.
Michelle D. Wyrick, Esq

COURSE IN MIRACLES SOCIETY, INC.,

By its attorneys,

*/s/ Douglas C. Ballantine*

OGDEN NEWELL & WELCH
1700 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202-2874
(502) 582-1601
Douglas C. Ballantine, Esq.